2016 OK 10

**STATE of Oklahoma ex rel. OKLAHOMA BAR ASSOCIATION, Complainant,**

v.

**S. Richard FARBER, Respondent.**

**SCBD Nos. 6300, 6323.**

Supreme Court of Oklahoma.

Feb. 1, 2016.

### ORDER APPROVING RESIGNATION

¶ 1 On December 16, 2015, the Oklahoma Bar Association (Bar Association), notified the Court that the respondent, S. Richard Farber (respondent), resigned from the Oklahoma Bar Association pending disciplinary proceedings. The disciplinary proceedings relate to: a misdemeanor conviction for driving under the influence and possession of drug paraphernalia, a misdemeanor conviction for driving under the influence of alco-

hol, and an improper endorsement of a settlement check.

¶ 2 THE COURT FINDS:

1. The respondent has voluntarily resigned from the Oklahoma Bar Association by complying with Rule 8.1 and Rule 8.2, Rules Governing Disciplinary Proceedings, 5 O.S. 2011 Ch. 1, App. 1–A. The respondent's affidavit of resignation reflects that: a) it was freely and voluntarily rendered; b) he was not subject to coercion or duress; and c) he was fully aware of the consequences of submitting the resignation.

2. The respondent states that he is aware of the grievances against him.

3. The respondent states in his affidavit of resignation that he is aware that the allegations of conduct, if proven, would be a violation of Rules 8.4(b)(c), of the Oklahoma Rules of Professional Conduct, 5 O.S. 2011, Ch. 1, App. 3–A and Rule 1.3 of the Rules Governing Disciplinary Proceedings, 5 O.S. 2011, Ch. 1, App. 1–A and of his oath as an attorney.

4. The respondent's resignation pending disciplinary proceedings is in compliance with all of the requirements set forth in Rule 8.1, Rules Governing Disciplinary Proceedings, 5 O.S. 2011, Ch. 1, App. 1–A and it should be approved.

5. The official roster address of the respondent as shown by the Oklahoma Bar Association is: P.O. Box 20916, Oklahoma City, Oklahoma 73156.

6. The Bar Association has asked that the imposition of $90.60 in costs be assessed and the respondent agrees to pay the costs incurred in this proceeding.

7. Because this resignation is tantamount to disbarment, there is no further need for a hearing before the Professional Responsibility Tribunal and the Bar Association's December 16, 2015 motion to stay those proceedings is granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that S. Richard Farber resignation pending discipline be approved. Because this resignation is tantamount to disbarment, there is no further need for a hearing before the Professional Responsibility Tribunal and the Bar Association's December 16, 2015 motion to stay those proceedings is granted.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that S. Richard Farber name be stricken from the roll of attorneys. Because resignation pending disciplinary proceedings is tantamount to disbarment, the respondent may not make an application for reinstatement prior to the expiration of 5 years from the date of this order. Pursuant to Rule 9.1, Rules Governing Disciplinary Proceedings, 5 O.S. 2011, Ch. 1, App. 1–A, the respondent shall notify all of his clients, if any, having legal business pending with him within 20 days, by certified mail, of his inability to represent them and of the necessity for promptly retaining new counsel. The Bar Association is awarded costs of $90.60 in this proceeding which are due within 10 days of the filing of this order.

REIF, C.J., COMBS, V.C.J., KAUGER, WINCHESTER, EDMONDSON, TAYLOR, JJ., concur.

WATT, COLBERT, GURICH, JJ., not voting.